ACCEPTED
03-15-00376-CV
8353588
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 8:32:02 AM
JEFFREY D. KYLE
CLERK

**IN THE COURT OF APPEALS**
**THIRD JUDICIAL DISTRICT OF TEXAS**
**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 8:32:02 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **DELORES GALVAN** | § | |
|   **Appellant** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 03-15-00376-CV** |
| | § | |
| **ROBERT LEAKE, INDIVIDUALLY** | § | |
| **AND ZEBRA INSTRUMENTS** | § | |
| **CORPORATION** | § | |
|   **Appellees** | § | |

_____

**APPELLEES' FIRST MOTION FOR EXTENSION OF TIME (AGREED)**
_____

COMES NOW, Robert Leake and Zebra Instruments Corporation, and files this their First Motion for Extension of Time to File Response Brief, and in support thereof would show as follows:

*Ebenezer:*         *You'll want the whole day off tomorrow, I suppose.*

*Bob Cratchit:*      *If quite convenient, sir.*

*Ebenezer:*         *It's not convenient. And it's not fair! If I stopped you half a crown for it, you'd think yourself ill used, wouldn't you? But you don't think me ill used if I pay a day's wages for now work, hmm?*

*Bob Cratchit:*      *'Tis only once a year, sir.*

*Ebenezer:*         *That's a poor excuse for picking a man's pocket every 25th of December.*

*Bob Cratchit:*      *Yes, sir. I'm sure I'm very sorry, sir, to cause you such an inconvenience. It's the family more than me, sir. They put their hearts into Christmas as it were, sir.*

*Ebenezer:*         *Yes, and put their hands into my pockets as it were, sir. I suppose you'd better have the whole day. But be back all the earlier the next morning.*

1

*Bob Cratchit:* *I will indeed, sir. Thank you, sir! It's more than generous of you, sir.* [1]

## I.
## HISTORY OF THE CASE

Appellant filed its appellate brief on December 7, 2015. Despite counsel's representation to this Court that a copy of the brief was provided to the undersigned through the electronic filing manager, the brief was not copied to the e-mail addresses already on file in this case with www.E-File.Txcourts.gov, whether that be through an omission on the part of Mr. Ogle's office or some other problem. Appellee received a copy of the brief when the undersigned checked the Court's docket on December 17, 2015 to see whether Appellant had complied with this Court's current deadline.

## II.
## RELIEF SOUGHT

Appellant's filing on December 7, 2015 means that Appellees' response brief is due on January 6, 2015. T.R.A.P. 38.6(b) The undersigned is out for Christmas vacation from December 24th until January 4th The return date falls two business days before the brief is due, which is insufficient time to have it ready to file. Appellants request an extension of 30 days to file a response to Appellant's brief. There have been no previous requests for extensions filed by Appellant. This motion is agreed between counsel.

WHEREFORE, PREMISES CONSIDERED, Appellees Robert Leake and Zebra Instruments Corporation pray that Appellee's Motion for Extension of Time be in all things GRANTED.

---

[1] A Christmas Carol (1951)

Respectfully submitted,

SNEED VINE & PERRY
A PROFESSIONAL CORPORATION


By: _____ */s/ Christopher Stanley*_____
     Christopher Stanley
     Texas Bar No. 19044400
     Email for filings only:
     gtwnfilings@sneedvine.com
     108 East 8th Street
     Georgetown, TX 78626
     Tel. (512) 930-9775
     Fax. (512) 819-9707
     ATTORNEY FOR DEFENDANTS
     ROBERT LEAK AND ZEBRA INSTRUMENTS
     CORPORATION


## CERTIFICATE OF CONFERENCE

On December 22, 2015, Mr. Ogle's was contacted by phone, and asked whether or not he opposed this motion. Mr. Ogle was not available for a response but would return the phone call. On the same date, the undersigned send an e-mail to Mr. Ogle with the same query. On December 23, 2015, On December 23, 1015, Mr. Ogle emailed the undersigned and advised that the motion was agreed.


     _____*/s/ Christopher Stanley*_____
     Christopher Stanley


## CERTIFICATE OF SERVICE

I certify that on December 23, 2015, a true and correct copy of the foregoing pleading was served via email to Scott Ogle via soglelaw@peoplepc.com and the transmission was reported as complete.


     _____*/s/ Christopher Stanley*_____
     Christopher Stanley